**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-cr-0018** |
| | ) | |
| **DEVAUNTE BUTLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, dated September 2, 2026. Dkt. No. 53. The Magistrate Judge recommends that Defendant's plea of guilty to Count One of the Indictment, Possession with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), be accepted and that Defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation Concerning Plea of Guilty, Dkt. No. 53, is **ADOPTED;** it is further

**ORDERED** that Defendant Devaunte Butler's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Devaunte Butler is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **October 30, 2026;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **November 13, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **November 20, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **November 27, 2026;** and it is further

**ORDERED** that a sentencing hearing shall be held on **December 3, 2026, at 10:00 A.M.** in St. Thomas Courtroom No. 3 before the undersigned.

**Dated:** October 13, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**